UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :        Chapter 13
    DAVID L GRANACHER
    LINDA C GRANACHER
               Debtors                           :        Bky. No. 14-17412 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtors and Rushmore Loan Management Services LLC ("the Lender") (Doc. # 55), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtors are **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

Dated: August 18, 2016

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**